UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDUARDO MORA-MARIN, | ) | |
| Petitioner, | ) | 3:07-cv-0412-ECR-RAM |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. On February 20, 2008, the Clerk sent an order to petitioner. (Docket #5). The order was returned to the Court as undeliverable – markings on the envelope indicate that petitioner has paroled. (Docket #7). Petitioner has not notified the Court of a new address since he has paroled.

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

1 | In view of petitioner's failure to keep the Court informed of his address as required by LSR 2-2, the
2 | Court will dismiss this action without prejudice.
3 |      **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT**
4 | **PREJUDICE**.
5 |      **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT**
6 | accordingly.
7 |      DATED this \_\_26th\_\_ day of \_\_February_____, 2008.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE

2